**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

*Proposed Co-Liaison Counsel for the Class*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>CELGENE CORPORATION, MARK J. ALLES, PETER N. KELLOGG, SCOTT A. SMITH, NADIM AHMED and TERRIE CURRAN,<br><br>                              Defendants. | Case No. 2:18-cv-04772-JMV-JBC<br><br>Hon. John Michael Vazquez<br>District Judge<br><br>Hon. James B. Clark, III.<br>Magistrate Judge<br><br>**MOTION DAY:** July 2, 2018 |

[Additional caption on following page.]

### RESPONSE IN FURTHER SUPPORT OF THE MOTION OF AMF PENSIONSFÖRSÄKRING AB FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF COUNSEL</u>

| | |
|---|---|
| CHARLES H. WITCHCOFF, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CELGENE CORPORATION, ROBERT J. HUGIN, MARK J. ALLES, JACQUALYN A. FOUSE, PETER N. KELLOGG, SCOTT A. SMITH, and TERRIE CURRAN,<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-08785-JMV-JBC<br><br>Hon. John Michael Vazquez<br>District Judge<br><br>Hon. James B. Clark, III.<br>Magistrate Judge<br><br>**MOTION DAY:** July 2, 2018 |

AMF Pensionsförsäkring AB ("AMF"), the presumptively most adequate plaintiff asserting the largest financial interest in this litigation pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), respectfully submits this response in further support of its motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of its selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class and Carella Byrne Cecchi Olstein Brody & Agnello, PC and Seeger Weiss, LLP as Co-Liaison Counsel for the class [ECF No. 24].[1]  AMF's motion is now unopposed.

In addition to AMF's motion, timely motions were also filed on May 29, 2018, by the following movants:

- ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. and Universal-Investment-Gesellschaft mbH ("Erste-Sparinvest & Universal") [ECF No. 21];
- Menora Mivtachim Insurance Ltd. and Menora Mivtachim Pensions and Gemel Ltd. ("Menora") [ECF No. 23];
- Sunil Kawatra, David Bravman, Wolfgang Fabschuetz, William D'Ambruoso, and Oswaldo Guglielmo (the "Kawatra Group") [ECF No. 20];
- Philip K. Uehisa ("Mr. Uehisa") [ECF No. 14];
- City of St. Petersburg Police Retirement System ("St. Pete Police") [ECF No. 17];
- General Retirement System of the City of Detroit ("Detroit") [ECF No. 22];
- Donald Fritschie, George McGahren, Kevin Matzke, and Charles Matthews and Kristine Matthews (the "Fritschie Group") [ECF No. 13];
- Allen E. Davis ("Mr. Davis") [ECF No. 10]; and
- Chester County Employees' Retirement Fund ("Chester County") [ECF No. 9].

---

[1] Unless otherwise indicated, all references to "ECF No. __" are to docket entries in *City of Warren General Employees' Retirement System v. Celgene Corp., et al.*, No. 2:18-cv-04772-JMV-JBC (D.N.J.).

1

Since these motions were filed, each of the competing movants has either withdrawn its motion, filed a notice of non-opposition acknowledging that it does not have the largest financial interest as required by the PSLRA, and/or expressly acknowledged that AMF has the largest financial interest and is entitled to appointment as Lead Plaintiff.  *See* ECF Nos. 34 at 1 (Menora: "[AMF] has the largest financial interest in this action, and is thus the presumptive Lead Plaintiff"); 26 at 1 (St. Pete Police: "AMF . . . has the largest financial interest in this case [and] satisfies the requirements of Rule 23"); 32 at 1 (Chester County: "AMF. . . has the largest reported loss of all movants and otherwise satisfies the requirements of Rule 23"); 25 (Mr. Uehisa's notice of non-opposition); 27 (Fritschie Group's withdrawal); 29 (Detroit's notice of non-opposition); 30 (Erste-Sparinvest & Universal's notice of non-opposition); 31 (Kawatra Group's notice of non-opposition); and 33 (Mr. Davis's notice of non-opposition).

With losses exceeding $25 million from relevant transactions in Celgene Corporation's common stock, AMF unquestionably asserts the largest financial interest in this litigation of any movant filing a timely motion, AMF has exceeded the *prima facie* showing of typicality and adequacy required by the PSLRA, and no competing movant has provided "proof" to rebut AMF's presumptive status as the most adequate plaintiff under the PSLRA.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii); *In re Cendant Corp. Litig.*, 264 F.3d 201, 263 (3d Cir. 2001) (describing the PSLRA's process for selecting a lead plaintiff); ECF No. 24-1 at 8-10 (detailing AMF's financial interest, adequacy, and typicality).  Accordingly, AMF respectfully requests that the Court grant its unopposed motion in full.

Dated:  June 18, 2018                  Respectfully submitted,

                                           *s/ James E. Cecchi*
                                           James E. Cecchi
                                           **CARELLA BYRNE CECCHI**
                                           **OLSTEIN BRODY & AGNELLO, PC**

5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@seegerweiss.com

*Proposed Co-Liaison Counsel for the Class*

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
Naumon A. Amjed
Darren J. Check
David A. Bocian
Ryan T. Degnan
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
dbocian@ktmc.com
rdegnan@ktmc.com
mtroutner@ktmc.com

*Counsel for AMF Pensionsförsäkring AB and Proposed Lead Counsel for the Class*

## **CERTIFICATION OF SERVICE**

I hereby certify that, on June 18, 2018, service of the foregoing document was accomplished pursuant to the court's electronic filing procedures by filing these documents through the ECF system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 18, 2018                              *s/ James E. Cecchi*
                                                              James E. Cecchi
                                                              **CARELLA BYRNE CECCHI**
                                                              **OLSTEIN BRODY & AGNELLO, PC**
                                                              5 Becker Farm Road
                                                              Roseland, NJ 07068-1739
                                                              Telephone: (973) 994-1700
                                                              Facsimile: (973) 994-1744
                                                              jcecchi@carellabyrne.com