# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| | | | | +MEMBER FL BAR ONLY |

January 14, 2019

William T. Walsh, Clerk
United States District Court, District of New Jersey
Martin Luther King, Jr.,
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    ***In re: Celgene Corporation, Inc. Securities Litigation***
              Civil Action No. 2:18-cv-04772-JMV-JBC

Dear Mr. Walsh:

      This firm is Co-Liaison Counsel for Lead Plaintiff AMF in the above-referenced action currently pending before this Court. On December 10, 2018, Lead Plaintiff filed an Amended Complaint, which, among other amendments, added three defendants to this consolidated action. We respectfully request that the Summons be issued for the following three defendants:

1. Philippe Martin;
2. Jonathan Q. Tran; and
3. Peter Callegari, M.D.

Thank you for your attention to this matter.

                                      Respectfully submitted,

                                       CARELLA, BYRNE, CECCHI,
                                       OLSTEIN, BRODY & AGNELLO

                                       */s/ Donald A. Ecklund*

                                       DONALD A. ECKLUND

cc:    All Counsel of Record (via ECF)