# Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
### Counsellors at Law

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN III** |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | | | **MEMBER NY AND MA BARS ONLY |

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

February 1, 2019

<u>VIA ECF</u>

The Honorable James B. Clark, III
United States Magistrate Judge
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re: <u>In Re Celgene Corporation Securities Litigation</u>
       <u>Civil Action No. 2:18-cv-04772(JMV)(JBC)</u>

Dear Judge Clark:

  We are Liaison Counsel for Lead Plaintiff and the Class in the above matter.  Enclosed please find my Declaration, the Certifications of Matthew L. Mustokoff, Salvatore J. Graziano, Adam H. Wierzbowski and Brenna D. Nelinson and a proposed form of Order in support of their application to be admitted *pro hac vice*.  Defendants have consented to their admission.  If the application meets with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

        Respectfully submitted,

       CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO, P.C.

         /s/ James E. Cecchi

        JAMES E. CECCHI

cc:  All Counsel (via ECF)

663956v1