Case 2:18-cv-04772-MEF-JBC   Document 76   Filed 12/19/19   Page 1 of 1 PageID: 4967

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| *In re* CELGENE CORPORATION SECURITIES LITIGATION | Civil Action No. 18-4772 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 19th day of December, 2019,

**ORDERED** that Defendants' motion to dismiss Plaintiff's Second Amended Consolidated Class Action Complaint (D.E. 52) is **GRANTED in part** and **DENIED in part**;

**ORDERED** that Defendants' motion is **GRANTED** with respect to Plaintiff's allegations as to GED-0301; Plaintiff's Section 10(b) and Rule 10b-5 claims against Defendants Mark J. Alles, Peter N. Kellogg, Nadim Ahmed, Peter Callegari, Jonathan Q. Tran, Jacqualyn A. Fouse and Robert J. Hugin; and Plaintiff's Section 20(a) claim in its entirety. These claims and parties are hereby **DISMISSED** without prejudice; and it is further

**ORDERED** that Defendants' motion is otherwise **DENIED**; and it is further

**ORDERED** that Plaintiff may file an amended pleading that is consistent with the accompanying Opinion, within thirty (30) days of the date of this Order. If Plaintiff fails to file an amended complaint within that time, the claims that are dismissed through this Opinion and Order shall be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.