

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

January 15, 2020

**VIA ECF**

Honorable John Michael Vazquez
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Newark, New Jersey 07101

    Re:   **In re Celgene Corporation Securities Litigation.**
            **Civil Action No. 18-04772 (JMV) (JBC)**

Dear Judge Vazquez:

      This firm, along with Jones Day, represents Defendants Celgene Corporation, Mark J. Alles, Peter N. Kellogg, Scott A. Smith, Peter N. Kellogg, Terrie Curran, Jacqualyn A. Fouse, Philippe Martin, Nadim Ahmed, Jonathan Q. Tran and Peter Callegari (collectively, "Defendants") in the above-referenced matter.  On behalf of Plaintiffs and Defendants, we respectfully enclose a proposed Stipulation regarding Defendants' deadline to answer the Second Amended Consolidated Class Action Complaint.  The parties have consented to the form, substance and entry of this proposed Stipulation.  If the enclosed Stipulation meet with your approval, we respectfully request that Your Honor execute the enclosed Order and direct its entry.

      We thank the Court for its assistance with this matter.  If you have any questions or require further information, please do not hesitate to contact me.

      Respectfully submitted,

      s/ Lawrence S. Lustberg
      Lawrence S. Lustberg

Enclosures

cc:    All Counsel of Record (*via ECF*)