**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION | Civil Action No. 18-cv-4772 (JMV) (JBC)<br><br>**STIPULATION REGARDING DEFENDANTS' ANSWER** |

WHEREAS, on December 19, 2019, the Court issued an Opinion and Order (ECF Nos. 75, 76) granting in part and denying in part Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint (the "SAC") in the above-captioned action;

WHEREAS, with respect to the portions of the SAC that were dismissed, the dismissal was without prejudice, and the Court gave Lead Plaintiff until January 17, 2020 to file an amended complaint (ECF Nos. 75, 76);

WHEREAS, the Court indicated that if Lead Plaintiff does not file an amended complaint, the dismissed claims will be dismissed with prejudice (ECF Nos. 75, 76);

WHEREAS, the Court entered a stipulation on January 2, 2020, stating that Defendants did not have a current obligation to answer the SAC, and that the parties would revert by January 17, 2020 with a proposed revised deadline for Defendants' response to the operative complaint for the Court's consideration; and

WHEREAS, Lead Plaintiff has determined that it will not file an amended complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that, subject to the Court's approval:

Defendants shall have until March 5, 2020 to answer the SAC.

Dated: January 15, 2020

Respectfully submitted,

| | |
|---|---|
| s/ James E. Cecchi<br>James E. Cecchi<br>Donald Ecklund<br>**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744 | s/ Lawrence S. Lustberg<br>Lawrence S. Lustberg<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545 |
| Christopher A. Seeger<br>**SEEGER WEISS, LLP**<br>55 Challenger Road 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel: (973) 994-9100<br>Fax: (973) 639-9393<br><br>*Co-Liaison Counsel* | Robert C. Micheletto<br>Nina Yadava<br>Rajeev Muttreja<br>Sarah D. Efronson<br>Donald L. R. Goodson<br>**JONES DAY**<br>250 Vesey Street<br>New York, NY 10281<br>Tel: (212) 326-3690<br>Fax: (212) 755-7306<br><br>*Counsel for Defendants* |

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Darren J. Check
David Andrew Bocian
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiff*

IT IS SO ORDERED

January 15, 2020       Signed: _____
~~HON. JOHN MICHAEL VAZQUEZ~~
~~UNITED STATES DISTRICT JUDGE~~
Hon. James B. Clark, III, U.S.M.J.