# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN  III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |

+MEMBER FL BAR ONLY

July 9, 2020

**By ECF**

Hon. John M. Vazquez, U.S.D.J.
Frank R. Lautenberg Post Office &
U.S. Courthouse
1 Federal Square
Newark, New Jersey 07102

   Re: *In re Celgene Corporation Securities Litigation*
      Case No. 18-cv-4772 (JMV)(JBC)

Dear Judge Vazquez:

  I write on behalf of Lead Plaintiff AMF Pensionsförsäkring AB ("Plaintiff") in the above-referenced matter. Plaintiff filed its Motion for Class Certification on May 1, 2020 (ECF No. 90). On June 25, 2020, Defendants filed their Opposition to the Motion for Class Certification (ECF No. 94) (the "Opposition"). Plaintiff is prepared to file its Reply in Further Support of the Motion for Class Certification on July 31, 2020.

  In light of the multitude of issues raised in Defendants' Opposition, Plaintiff respectfully requests that the Court grant Plaintiff a page extension for its Reply brief from fifteen (15) pages to twenty-six (26) pages to adequately respond to the Opposition. Defendants do not consent to Plaintiff's request, but will not file an opposition to Plaintiff's request, and expressly reserve the right to seek leave to file a surreply after reviewing Plaintiff's brief. For the Court's convenience, a proposed order is attached.

687181v1

We appreciate the Court's consideration of this matter.

        Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY, & AGNELLO

By /s/ *James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700

cc: Counsel of Record