**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

January 21, 2021

**LETTER ORDER**

    Re:    **IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION**
                **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

The telephone status conference with the parties on January 22, 2021 is adjourned to

**January 26, 2021 at 11:00 A.M.**

**IT IS SO ORDERED.**

                                                                s/ James B. Clark, III
                                                               **JAMES B. CLARK, III**
                                                               **United States Magistrate Judge**