**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| **JAMES B. CLARK, III** | 50 WALNUT ST. ROOM 2060 |
| UNITED STATES MAGISTRATE JUDGE | NEWARK, NJ 07102 |

January 26, 2021

**<u>LETTER ORDER</u>**

Re: **<u>IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION</u>**
Civil Action No. 18-4772 (JMV)

Dear Counsel:

As discussed during the telephone conference held in the above-captioned matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1. Plaintiff shall file its motion to compel Defendants to produce additional custodial files by **February 2, 2021**. Defendants shall file their response by **February 9, 2021**.

2. The Court will conduct a telephone status conference with the parties on **April 7, 2021 at 11:30 A.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**