# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD**  ROSELAND, N.J.  07068-1739  PHONE (973) 994-1700  FAX (973) 994-1744  www.carellabyrne.com | FRANCIS C. HAND  AVRAM S. EULE  CHRISTOPHER H. WESTRICK*  JAMES A. O'BRIEN III**  ———  OF COUNSEL  *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY  **MEMBER NY AND MA BARS ONLY |
| BRENDAN T. BYRNE | DONALD F. MICELI | | |
| PETER G. STEWART | A. RICHARD ROSS | | |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | |
| JOHN M. AGNELLO | MELISSA E. FLAX | | |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | |
| | BRIAN H. FENLON | | |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | |
| ELLIOT M. OLSTEIN (1939-2014) | | | |

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

February 2, 2021

**By ECF**

Honorable James B. Clark, III, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:** *In re Celgene Corporation Securities Litigation*, **Case No. 2:18-cv-04772-JMV-JBC**

Dear Judge Clark:

We, along with Lead Counsel and our co-counsel, represent Lead Plaintiff AMF Pensionsförsäkring AB ("Plaintiff") and the certified Class in the above-referenced action. We write to update Your Honor concerning the parties' dispute regarding additional document custodians. Following the status conference on January 26, 2021, the parties reached an agreement that resolves this dispute. In light of the parties' agreement, Plaintiff will not be filing its motion to compel. *See* ECF No. 118.

We thank Your Honor for the Court's attention to this matter. If Your Honor has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By */s/ James E. Cecchi*
    JAMES E. CECCHI

cc:     All Counsel of Record (by ECF).