| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>James E. Cecchi<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>jcecchi@carellabyrne.com<br>decklund@carellabyrne.com<br><br>**SEEGER WEISS, LLP**<br>Christopher A. Seeger<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100<br>cseeger@seegerweiss.com<br><br>*Co-Liaison Counsel for Lead Plaintiff and the Class* | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Andrew L. Zivitz<br>Matthew L. Mustokoff<br>Joshua E. D'Ancona<br>Margaret E. Mazzeo<br>Nathan A. Hasiuk<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>azivitz@ktmc.com<br>mmustokoff@ktmc.com<br>jdancona@ktmc.com<br>mmazzeo@ktmc.com<br>nhasiuk@ktmc.com<br><br>*Lead Counsel for Lead Plaintiff and the Class*<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Adam D. Hollander<br>Robert F. Kravetz (*pro hac vice* motion forthcoming)<br>Benjamin W. Horowitz (*pro hac vice* motion forthcoming)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1448<br>Salvatore@blbglaw.com<br>Adam@blbglaw.com<br>adam.hollander@blbglaw.com<br>robert.kravetz@blbglaw.com<br>will.horowitz@blbglaw.com<br><br>*Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Civil Action No. 18-cv-04772 (JMV) (JBC)<br><br>**NOTICE OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 9, 2021, the undersigned attorneys for Lead Plaintiff AMF Pensionsförsäkring AB ("Plaintiff") will move before the Honorable John Michael Vazquez of the United States District Court, District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order permitting Lead Plaintiff to amend the Second Amended Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a) and file the Third Amended Consolidated Class Action Complaint, and for such other and further relief as the Court may deem just and proper;

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law, and a declaration of James E. Cecchi, attaching the Proposed Third Amended Consolidated Class Action Complaint as Exhibit 1 and a redline comparison against the Second Amended Consolidated Class Action Complaint as Exhibit 2, are filed herewith;

PLEASE TAKE FURTHER NOTICE that on Thursday, July 8, 2021, Plaintiff requested Defendants' consent to this Motion. On July 9, 2021, Defendants indicated that they do not consent to this Motion.

Dated: July 9, 2021

/s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Christopher A. Seeger
**SEEGER WEISS, LLP**

Respectfully Submitted,

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
mmustokoff@ktmc.com
jdancona@ktmc.com

55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com

*Co-Liaison Counsel for Lead Plaintiff
and the Class*

mmazzeo@ktmc.com
nhasiuk@ktmc.com

*Lead Counsel for Lead Plaintiff
and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz (*pro hac vice* motion forthcoming)
Benjamin W. Horowitz (*pro hac vice* motion forthcoming)
**BERNSTEIN LITOWITZ
  BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
Salvatore@blbglaw.com
Adam@blbglaw.com
adam.hollander@blbglaw.com
robert.kravetz@blbglaw.com
will.horowitz@blbglaw.com

*Additional Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, James E. Cecchi, hereby certify that on July 9, 2021, I caused a true and correct copy of the foregoing Notice of Lead Plaintiff's Motion for Leave to Amend the Second Amended Consolidated Class Action Complaint to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 9, 2021

                                                **CARELLA, BYRNE, CECCHI,**
                                                **OLSTEIN, BRODY & AGNELLO, P.C.**

                                                */s/ James E. Cecchi*
                                                James E. Cecchi