**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Civil Action No. 18-cv-4772 (JMV) (JBC)<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

THIS MATTER comes before the Court upon Lead Plaintiff's motion for leave to amend the Second Amended Consolidated Class Action Complaint. The Court having considered the parties' submissions and all other pleadings and arguments finds that the requirements of Federal Rule of Civil Procedure 15(a) are satisfied, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's motion is **GRANTED**; and

2. Lead Plaintiff shall file its Third Amended Consolidated Class Action Complaint within seven days of this Order.

**SO ORDERED**.


Dated: _____          _____
                                        HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE