**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (JMV) (JBC) |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE SECOND AMENDED**
**CONSOLIDATED CLASS ACTION COMPLAINT**

I, James E. Cecchi, hereby declare as follows:

1. I am a partner of the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Court-appointed Co-Liaison Counsel for Lead Plaintiff and the putative class. I am admitted to practice before this Court.

2. I submit this declaration in support of Lead Plaintiff's motion for leave to amend the Second Amended Consolidated Class Action Complaint, and I have personal knowledge of or information bearing on the facts set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the proposed Third Amended Consolidated Class Action Complaint.

4. Attached hereto as Exhibit 2 is a true and correct copy of a "redlined" version of the proposed Third Amended Consolidated Class Action Complaint, comparing the new, proposed allegations to the Second Amended Consolidated Class Action Complaint (ECF No. 57).

Executed on this 9th day of July, 2021 in Roseland, New Jersey.

*/s/ James E. Cecchi*
James E. Cecchi
