James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: JCecchi@carellabyrne.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 18-cv-04772 (JMV) (JBC) |

### LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.1, Plaintiff is represented by the undersigned counsel and law firms (Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Seeger Weisss, LLP, Kessler Topaz Meltzer & Check, LLP, Bernstein Litowitz Berger & Grossman LLP), and neither Plaintiff nor its law firms are receiving third-party litigation funding.

Dated: July 19, 2021

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

By:   */s/*James E. Cecchi
         James E. Cecchi

739045v1

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

*Co-Liaison Counsel for Lead Plaintiff and the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
mmustokoff@ktmc.com
jdancona@ktmc.com
mmazzeo@ktmc.com
nhasiuk@ktmc.com

*Lead Counsel for Lead Plaintiff and the Class*

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
Salvatore@blbglaw.com
Adam@blbglaw.com
adam.hollander@blbglaw.com
robert.kravetz@blbglaw.com
will.horowitz@blbglaw.com

*Additional Counsel for the Class*

739045v1

739045v1