# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION | Civil Action No. 18-cv-4772 (JMV) (JBC)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Lead Plaintiff and Defendants hereby stipulate as follows:

WHEREAS, on July 9, 2021, Lead Plaintiff filed a Motion for Leave to Amend the Second Amended Consolidated Class Action Complaint, ECF No. 135 (the "Motion to Amend");

WHEREAS, Defendants' opposition to the Motion to Amend is due on July 19, 2021;

WHEREAS, Lead Plaintiff's reply in support of the Motion to Amend is due on July 26, 2021;

WHEREAS, the parties have agreed that the deadlines for Defendants' opposition to the Motion to Amend and Lead Plaintiff's reply in support of the Motion to Amend should be extended.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that, subject to the Court's approval:

1. Defendants will have until August 2, 2021 to file any opposition to the Motion to Amend; and

2. Lead Plaintiff will have until August 17, 2021 to file any reply in support of the Motion to Amend.

Dated: July 15, 2021

Respectfully submitted,

s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 994-9100
Fax: (973) 639-9393

*Co-Liaison Counsel for Lead Plaintiff and the Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz (*pro hac vice* motion forthcoming)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

s/ Lawrence S. Lustberg
Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

Robert C. Micheletto
Nina Yadava
Sarah D. Efronson
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3690
Fax: (212) 755-7306

Robert M. Tiefenbrun
**JONES DAY**
3161 Michelson Drive
Irvine, California 92612-4408
Tel: (949) 851-3939
Fax: (949) 553-7539

*Counsel for Defendants*

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1448

*Additional Counsel for the Class*

IT IS SO ORDERED

_July 15_____, 2021    Signed: _____
                                   HON. JAMES B. CLARK
                                   UNITED STATES MAGISTRATE JUDGE