## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION | Civil Action No. 18-cv-4772 (JMV) (JBC)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Lead Plaintiff and Defendants hereby stipulate as follows:

WHEREAS, on May 18, 2020, the Court entered a Pretrial Scheduling Order (ECF No. 93) that included the following deadlines relating to expert discovery (the "Expert Discovery Deadlines"): affirmative expert reports shall be delivered by August 16, 2021, responding expert reports shall be delivered by September 30, 2021, reply expert reports shall be delivered by November 15, 2021, and expert discovery shall be completed by December 30, 2021;

WHEREAS, on June 7, 2021, the Court entered a Letter Order (ECF No. 131) that extended certain deadlines, including the Expert Discovery Deadlines, by nine (9) days;

WHEREAS, on July 9, 2021, Lead Plaintiff filed a Motion for Leave to Amend the Second Amended Consolidated Class Action Complaint, ECF No. 135 (the "Motion to Amend");

WHEREAS, Defendants intend to oppose the Motion to Amend pursuant to the briefing schedule entered by the Court on July 15, 2021 (ECF No. 138), which provides that Defendants have until August 2, 2021 to file any opposition to the Motion to Amend, and Lead Plaintiff has until August 17, 2021 to file any reply in support of the Motion to Amend;

WHEREAS, a ruling on the Motion to Amend may affect the scope of expert reports and expert discovery in the case;

WHEREAS, the parties therefore have agreed that the Expert Discovery Deadlines should be continued until after the Court rules on the Motion to Amend;

WHEREAS, this agreement does not enlarge or otherwise affect other deadlines (including fact discovery deadlines);

WHEREAS, the parties reserve all rights;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that, subject to the Court's approval:

1. The Expert Discovery Deadlines are continued until after the Court rules on the Motion to Amend, at which time the parties will promptly meet and confer regarding a revised schedule to be submitted to the Court for approval.

Dated: July 28, 2021

Respectfully submitted,

| | |
|---|---|
| s/ James E. Cecchi<br>James E. Cecchi<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744 | s/ Kate E. Janukowicz<br>Lawrence S. Lustberg<br>Kate E. Janukowicz<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545 |

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 994-9100
Fax: (973) 639-9393

*Co-Liaison Counsel for Lead Plaintiff and the Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1448

*Additional Counsel for the Class*

Robert C. Micheletto
Nina Yadava
Sarah D. Efronson
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3690
Fax: (212) 755-7306

Robert M. Tiefenbrun
**JONES DAY**
3161 Michelson Drive
Irvine, California 92612-4408
Tel: (949) 851-3939
Fax: (949) 553-7539
rtiefenbrun@jonesday.com

*Counsel for Defendants*


IT IS SO ORDERED

_____, 2021    Signed: _____
                                              HON. JAMES B. CLARK
                                              UNITED STATES MAGISTRATE JUDGE

3