Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Celgene Corporation Securities Litigation. | Case No. 18-cv-04772 (JMV) (JBC) <br><br> *Document Filed Electronically* <br><br> CLASS ACTION <br><br> ORAL ARGUMENT REQUESTED <br><br> **Motion Day: October 4, 2021** <br><br> **DEFENDANTS' NOTICE OF MOTION TO MODIFY THE CLASS PERIOD IN LIGHT OF THE SUPREME COURT'S RECENT DECISION IN *GOLDMAN SACHS GROUP, INC. v. ARKANSAS TEACHER RETIREMENT SYSTEM*** |

**TO:**

James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 994-9100
Fax: (973) 639-9393

*Co-Liaison Counsel for Lead Plaintiff and the Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ MELTZER**
**& CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz
**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1448

**Additional Counsel for the Class**

PLEASE TAKE NOTICE that on October 4, 2021, or as soon as counsel thereafter may be heard, Defendants, by and through their undersigned counsel, shall move before the Honorable John Michael Vazquez, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Newark, New Jersey 07101, for an order pursuant to Federal Rule of Civil Procedure 23(c)(1)(C) modifying the class period in light of the Supreme Court's recent decision in *Goldman Sachs Group, Inc. v. Arkansas Teacher Retirement System* and such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Defendants shall rely on their Memorandum of Law in Support of Defendants' Motion to Modify the Class Period in Light of the Supreme Court's Recent Decision in *Goldman Sachs Group, Inc. v. Arkansas Teacher Retirement System*, as well as all authorities and evidence cited therein.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Dated: August 30, 2021          Respectfully submitted,

By: <u>s/ Lawrence S. Lustberg</u>
    Lawrence S. Lustberg
    Kate E. Janukowicz
    **Gibbons P.C.**
    One Gateway Center
    Newark, New Jersey 07102-5310
    Tel: (973) 596-4500
    Fax: (973) 596-0545

    Robert C. Micheletto
    Nina Yadava
    Rajeev Muttreja
    **Jones Day**
    250 Vesey Street
    New York, New York 10281
    Tel: (212) 326-3690
    Fax: (212) 755-7306

*Attorneys for Defendants*