UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Celgene Corporation Securities Litigation. | Civil Action No. 18-04772 (JMV) (JBC) <br><br> *Document Filed Electronically* <br><br> **[PROPOSED] ORDER MODIFYING THE CLASS PERIOD IN LIGHT OF THE SUPREME COURT'S RECENT DECISION IN *GOLDMAN SACHS GROUP, INC. v. ARKANSAS TEACHER RETIREMENT SYSTEM*** |

**THIS MATTER** having been opened to the Court by Defendants through their attorneys, Gibbons P.C. and Jones Day, seeking an order modifying the class period in light of the Supreme Court's recent decision in *Goldman Sachs Group, Inc. v. Arkansas Teacher Retirement System* pursuant to Federal Rule of Civil Procedure 23(c)(1)(C); and the Court having considered the parties' submissions in support of and in opposition to the Defendants' Motion, as well as the arguments of counsel, if any; and for good cause having been shown:

**IT IS** on this ___ day of _____ 2021,

**ORDERED** that the Defendants' Motion to Modify the Class Period in Light of the Supreme Court's Recent Decision in *Goldman Sachs Group, Inc. v. Arkansas Teacher Retirement System* is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the class period be modified to end on February 27, 2018, rather than April 27, 2018.

_____
Hon. John Michael Vazquez, U.S.D.J.