## UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF

**JAMES B. CLARK, III**

**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE

50 WALNUT ST. ROOM 2060

NEWARK, NJ 07102

January 26, 2022

### LETTER ORDER

Re:     **In Re Celgene Corporation, Inc. Securities Litigation**
        **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will

conduct a telephone status conference with the parties on **March 17, 2022 at 12:00 P.M.** Counsel

for Plaintiff shall initiate the call.


**IT IS SO ORDERED.**


    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**