## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (JMV) (JBC)<br><br>**NOTICE OF UNOPPOSED MOTION TO SEAL PORTIONS OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' APPEAL FROM THE MAGISTRATE JUDGE'S FEBRUARY 24, 2022 LETTER ORDER PURSUANT TO LOCAL CIVIL RULE 5.3** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 11th, 2022, or as soon thereafter as counsel may be heard, the undersigned, Plaintiff AMF Pensionsförsäkring AB ("AMF" or "Plaintiff") shall move before the United States District Court, District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order pursuant to L. Civ. R. 5.3 sealing the portions of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Appeal from the Magistrate Judge's February 24, 2022 Letter Order Granting Lead Plaintiff Leave to File a Third Amended Complaint (ECF No. 190) identified in the Index annexed hereto as Exhibit 1, and granting such further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, which addresses documents designated as Confidential pursuant to the Stipulated Discovery

Confidential Order entered in this case on April 2, 2020, ECF No. 86, Plaintiff will rely on the accompanying Declaration of James E. Cecchi dated April 11th, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 5.3(c)(1), no brief is necessary in support of the motion, as the parties do not believe a brief would assist the Court.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated: April 11, 2022

    Respectfully Submitted,

    */s/James E. Cecchi*
    James E. Cecchi
    Donald A. Ecklund
    **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
    5 Becker Farm Road
    Roseland, NJ 07068
    Telephone: (973) 994-1700
    Facsimile: (973) 994-1744
    jcecchi@carellabyrne.com
    decklund@carellabyrne.com

    Christopher A. Seeger
    **SEEGER WEISS, LLP**
    55 Challenger Road
    6th Floor
    Ridgefield Park, NJ 07660
    Telephone: (973) 639-9100

    *Co-Liaison Counsel for Lead Plaintiff and Proposed Co-Liaison Counsel for the Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
mmustokoff@ktmc.com
jdancona@ktmc.com
mmazzeo@ktmc.com
nhasiuk@ktmc.com

*Lead Counsel for Lead Plaintiff
and Proposed Class Counsel*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz
Benjamin W. Horowitz
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
salvatore@blbglaw.com
adam@blbglaw.com
adam.hollander@blbglaw.com
robert.kravetz@blbglaw.com
will.horowitz@blbg.com

*Additional Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed the with the CM/ECF system. Those attorneys who are registered with the Electronic Filing System will receive notice of this filing by ECF and email. I further certify that a courtesy copy of this filing will be served upon the Court.

Dated: April 11, 2022

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

*/s/ James E. Cecchi*
James E. Cecchi