**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| **JAMES B. CLARK, III** | 50 WALNUT STREET, ROOM 2060 |
| UNITED STATES MAGISTRATE JUDGE | NEWARK, NJ 07102 |

August 17, 2022

**LETTER ORDER**

Re: **In Re Celgene Corporation, Inc. Securities Litigation**
    **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **November 16, 2022 at 11:30 A.M.** Counsel for Defendant shall initiate the call. Prior to the call, the parties are to discuss the possibilities of mediation and settlement.

    **IT IS SO ORDERED.**

                                                                 s/ James B. Clark, III
                                                               **JAMES B. CLARK, III**
                                                               **United States Magistrate Judge**