**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

November 16, 2022

**LETTER ORDER**

Re:   **In re Celgene Corporation, Inc. Securities Litigation**
      **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and pursuant to the parties' joint letter dated November 15, 2022 [Dkt. No. 224], the Court orders the following:

1. By no later than **January 27, 2023**, any party wishing to file a motion for summary judgment shall submit a letter of **three (3) pages or less** to the Honorable John Michael Vazquez, U.S.D.J., summarizing the moving party's substantive arguments along with that party's statement of material facts not in dispute pursuant to Local Civil Rule 56.1.

2. By no later than **March 10, 2023**, the party opposing the motion shall submit a letter of **three (3) pages or less** summarizing the opposing party's substantive arguments in opposition along with that party's statement of disputed material facts pursuant to Local Civil Rule 56.1.

3. The letters submitted by the parties do not need to include a review of the summary judgment standard.

4. The parties' Rule 56.1 statements **shall** include citations to the record, but the parties **shall not** attach or otherwise submit any underlying or supporting evidence.

5. Should the parties wish to file any *Daubert* motions challenging experts or any other dispositive motions, those motions should be briefly described in the foregoing submissions.

6. Upon receipt of the parties' letters and Rule 56.1 statements in compliance with the procedure set forth above, the Court will either grant the parties leave to file their respective motions or schedule a telephone conference with the parties to discuss their submissions.

7. If the parties are granted leave to file their motions for summary judgment, they shall be bound by their respective Rule 56.1 statements.

8. Any motions for summary judgment shall be filed in compliance with Local Civil Rule 7.2.

9. The Undersigned will conduct a telephone status conference with the parties on **January 11, 2023 at 12:30 P.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**