# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **www.carellabyrne.com** | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | | MATTHEW J. CERES | ZACHARY A. JACOBS*** |
| | LINDSEY H. TAYLOR | | MARC D. MORY | MICHAEL K. BELOSTOCK |
| | CAROLINE F. BARTLETT | | | BRIAN F. O'TOOLE** |
| | ZACHARY S. BOWER+ | | | SEAN M. KILEY |
| | DONALD A. ECKLUND | | OF COUNSEL | MICHAEL B. SIMONE |
| | CHRISTOPHER H. WESTRICK* | | | ROBERT J. VASQUEZ |
| | STEPHEN R. DANEK | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MEGAN A. NATALE | | +MEMBER FL BAR ONLY | |
| | | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |

December 14, 2022

**BY ECF**
The Honorable James B. Clark, III, U.S.M.J.
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *In re Celgene Corporation Securities Litigation*, Case No. 2:18-cv-04772-JMV-JBC

Dear Judge Clark:

We, along with co-counsel, represent Lead Plaintiff AMF Pensionsförsäkring AB ("Plaintiff") and the certified class in the above-referenced action. We write to provide a status update to the Court.

During the last conference on November 16, 2022, we informed Your Honor that the parties were in conversations regarding a mediation process and that we would provide an update with further developments. Unfortunately, after multiple attempts, the parties have been unable to agree upon a mutually acceptable mediation process. We believe it is in the parties', and the Court's, best interest to move forward with the litigation schedule, including setting a trial date in the Spring consistent with Judge Vazquez' schedule.

We look forward to discussing the matter with Your Honor at the January 11, 2023 conference.

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/James E. Cecchi*
JAMES E. CECCHI