Case 2:18-cv-04772-JMV-JBC   Document 227   Filed 12/16/22   Page 1 of 1 PageID: 9510



LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

December 16, 2022

**VIA ECF**
Honorable James B. Clark III, U.S.M.J.
U.S. District Court - District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re Celgene Corp. Securities Litig.*, **18-cv-04772 (JMV) (JBC)**

Dear Judge Clark:

We are co-counsel with Jones Day for Defendants, Celgene Corporation, Terrie Curran, Scott Smith, and Philippe Martin, in the above-referenced action. We write in response to Lead Plaintiff's letter to the Court dated December 14, 2022 (ECF No. 226) ("Lead Plaintiff's Letter"), only to the extent that it suggests setting a Spring 2023 trial date. Setting such a trial date would be premature, especially given that, at the last status conference on November 16, 2022, at the parties' joint request, the Court set the following schedule for submitting letters regarding summary judgment motions:

1. By no later than January 27, 2023, any party wishing to file a motion for summary judgment shall submit a letter of three (3) pages or less to the Honorable John Michael Vazquez, U.S.D.J., summarizing the moving party's substantive arguments along with that party's statement of material facts not in dispute pursuant to Local Civil Rule 56.1.

2. By no later than March 10, 2023, the party opposing the motion shall submit a letter of three (3) pages or less summarizing the opposing party's substantive arguments in opposition along with that party's statement of disputed material facts pursuant to Local Civil Rule 56.1.

Defendants respectfully request that the Court defer setting a trial date (if necessary) until after the summary judgment process fully plays out.

We thank Your Honor for the Court's attention to this matter and look forward to discussing this matter with Your Honor at the January 11, 2023 status conference.

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg

cc: All Counsel of Record (via ECF)