**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

January 12, 2023

**LETTER ORDER**

Re:   **In re Celgene Corporation, Inc. Securities Litigation**
        **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **May 17, 2023 at 10:00 A.M.** Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**