**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION | Action No. 18-cv-4772 (JMV) (JBC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Lead Plaintiff and Class Representative AMF Pensionsförsäkring AB ("Lead Plaintiff") and Defendants Celgene Corporation, Scott Smith, Terrie Curran, and Philippe Martin ("Defendants") hereby stipulate as follows:

WHEREAS, on March 27, 2023, the Court directed the parties to propose a briefing schedule for Defendants' motion for summary judgment;

WHEREAS, the parties have met and conferred and agreed to the following briefing schedule for Defendants' motion for summary judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that, subject to the Court's approval:

1. Defendants shall serve their motion for summary judgment by **April 21, 2023.**

2. Lead Plaintiff shall serve its opposition to Defendants' motion for summary judgment by **May 19, 2023.**

3. Defendants shall serve their reply brief in further support of their motion for summary judgment by **June 16, 2023**.

Dated: March 30, 2023

Respectfully submitted,

s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 994-9100
Fax: (973) 639-9393
*Co-Liaison Counsel for Lead Plaintiff and Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
*Lead Counsel for Lead Plaintiff and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Adam D. Hollander
Robert F. Kravetz
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1448
*Additional Counsel for the Class*

s/ Kate Janukowicz
Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

Robert C. Micheletto
Nina Yadava
Sarah D. Efronson
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3690
Fax: (212) 755-7306

*Counsel for Defendants*

3

IT IS SO ORDERED

_____, 2023        Signed: _____
                                              HON. JOHN M. VAZQUEZ
                                              UNITED STATES DISTRICT JUDGE