## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

May 4, 2023

### LETTER ORDER

**Re:** **In re Celgene Corporation, Inc. Securities Litigation**
**Civil Action No. 18-4772 (JMV)**

Dear Counsel:

The telephone status conference scheduled with the parties on **May 17, 2023 at 10:00 A.M.** is adjourned to **September 18, 2023 at 10:00 A.M.**

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**