# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

---

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ |

May 19, 2023

<u>Via ECF</u>

Hon. John M. Vazquez, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *In re Celgene Corporation Securities Litigation,*
     <u>Case No. 2:18-cv-04772 (JMV)(JBC)</u>

Dear Judge Vazquez:

  We, along with Lead Counsel, represent Lead Plaintiff AMF Pensionsförsäkring AB ("Plaintiff") and the certified class in the above-referenced action. We write regarding Plaintiff's opposition to Defendants' motion for summary judgment, filed earlier today. For the Court's convenience and pursuant to Rule 8 of the Electronic Case Filing Policies and Procedures for the United States District Court for the District of New Jersey, Plaintiff has submitted excerpts of certain exhibits to the March 10, 2023 Declaration of James E. Cecchi (D.E. 233-1) (the "Cecchi Declaration"). Specifically, Plaintiff has submitted excerpts of all deposition transcripts attached as exhibits to the Cecchi Declaration, as well as excerpts of documents attached as Exhibits 17, 48, 51, 76, 122, and 226.

  Should the Court require additional excerpts or complete versions of these exhibits, Plaintiff will promptly provide Your Honor with these documents. We thank Your Honor for the Court's attention to this matter.

            Respectfully submitted,

           CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO, P.C.

May 19, 2023
Page 2

                                            */s/ James E. Cecchi*
                                            JAMES E. CECCHI