

Kate E. Janukowicz
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4913 Fax: 973-639-8325
kjanukowicz@gibbonslaw.com

June 30, 2023

**VIA ECF**
Honorable James B. Clark III, U.S.M.J.
U.S. District Court - District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *In re Celgene Corp. Securities Litig.*, **18-cv-04772 (JMV) (JBC)**

Dear Judge Clark:

      We are co-counsel with Jones Day for Defendants in the above captioned action. We write jointly with Lead Plaintiff concerning the consolidated Motion to Seal or Otherwise Restrict Public Access pursuant to Local Civil Rule 5.3 in connection with the parties' filings related to summary judgment (Dkt. Nos. 231-233, 244-249, 251-253, and 255) (the "Summary Judgment Filings").

      The parties have met and conferred, and determined that neither party will move to seal or otherwise restrict public access to the Summary Judgment Filings. The parties intend to file unredacted versions of these documents on the docket on or before July 5, 2023.

      Thank you very much for your kind consideration of this matter.

                                  Respectfully Submitted,

                                  *s/ Kate E. Janukowicz*

                                  Kate E. Janukowicz, Esq.

cc: All Counsel of Record (via e-mail)