**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** September 7, 2023
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 18-4772**

In re: Celgene Corporation, Inc. Securities Litigation

**APPEARANCES:**

Lawrence Lustberg, Esq.
Kate Janukowicz, Esq.
James Cecci, Esq.
Kevin Cooper, Esq.
Andrew Zivitz, Esq.
Robert Kravetz, Esq.

**Nature of Proceedings:**    HEARING HELD WITH ORAL ARGUMENT

Hearing held with oral argument.
Court granted in part and denied in part.
Order to be submitted.

**Time Commenced:** 10:00
**Time Adjourned:** 1:00
**Total Time:** 3:00

 RoseMarie Olivieri
 SENIOR COURTROOM DEPUTY