**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

September 18, 2023

**LETTER ORDER**

Re:   **In re Celgene Corporation, Inc. Securities Litigation**
      **Civil Action No. 18-4772 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **October 10, 2023 at 10:30 A.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

          s/ James B. Clark, III
          **JAMES B. CLARK, III**
          **United States Magistrate Judge**