**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

October 10, 2023

**LETTER ORDER**

Re: **In re Celgene Corporation, Inc. Securities Litigation**
**Civil Action No. 18-4772 (MEF)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) The parties shall submit a new proposed order with a schedule for their pending motion and any agreement reached concerning the pretrial order by **October 17, 2023**.

2) The Court will conduct a telephone status conference with the parties on **January 9, 2024 at 11:30 A.M.** Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**