**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |
|---|---|

January 9, 2024

**LETTER ORDER**

Re: **In re Celgene Corporation, Inc. Securities Litigation**
    **Civil Action No. 18-4772 (JKS)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **April 24, 2024 at 10:30 A.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                                              s/ James B. Clark, III
                                                                              **JAMES B. CLARK, III**
                                                                              **United States Magistrate Judge**