UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION, INC. SECURITIES LITIGATION | Civil Action No. 18-cv-4772 (MEF) (JBC) <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL OF APRIL 2017 CORPORATE STATEMENTS** |

Lead Plaintiff and Class Representative AMF Pensionsförsäkring AB ("Plaintiff") and Defendants Celgene Corporation, Scott Smith, Terrie Curran, and Philippe Martin ("Defendants") hereby stipulate as follows:

WHEREAS, on October 27, 2023 Defendants moved for partial summary judgment with respect to Defendant Celgene Corporation's alleged corporate statements related to Ozanimod, D.E. 278;

WHEREAS, Plaintiff opposes Defendants' motion with respect to Celgene's corporate statements in July, September and October 2017, and in January and February 2018, but does not oppose summary judgment with respect to Celgene's alleged corporate statements in April 2017, D.E. 279, which are identified in paragraphs 389-390 and 393-394 of the Third Amended Consolidated Class Action Complaint (D.E. 175) ("TAC");

WHEREAS, the Court directed Plaintiff to file a stipulation regarding the dismissal of Celgene's alleged corporate statements in April 2017, D.E. 293;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that, subject to the Court's approval:

1. The alleged false or misleading corporate statements identified in paragraphs 389-390 and 393-394 of the TAC are dismissed with prejudice from this action.

Dated: May 30, 2023

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
Kevin Cooper
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 994-9100
Fax: (973) 639-9393

*Co-Liaison Counsel for Lead Plaintiff and the Class*

Andrew L. Zivitz
Matthew L. Mustokoff
Joshua E. D'Ancona
Margaret E. Mazzeo
Nathan A. Hasiuk
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski

/s/ *Kate E. Janukowicz*
Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

Robert C. Micheletto
Nina Yadava
Sarah D. Efronson
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3690
Fax: (212) 755-7306

*Counsel for Defendants*

Robert F. Kravetz
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1448

*Additional Counsel for the Class*

IT IS SO ORDERED

May 30, 2024, ~~2023~~        Signed: _____

HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE

3