**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

July 23, 2024

**LETTER ORDER**

Re: **In re Celgene Corporation, Inc. Securities Litigation**
     **Civil Action No. 18-4772 (MEF)**

Dear Counsel:

The Undersigned will conduct a telephone status conference with the parties on **July 24, 2024 at 11:30 A.M.** Counsel for Defendants shall initiate the call.

    **IT IS SO ORDERED.**

                                         s/ James B. Clark, III
                                         **JAMES B. CLARK, III**
                                         **United States Magistrate Judge**