# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***

August 6, 2024

**By ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

   Re: *In re Celgene Corporation Securities Litigation*,
     **Case No. 2:18-cv-04772-MEF-JBC**

Dear Judge Farbiarz,

  We, along with Lead Counsel, represent Lead Plaintiff AMF Pensionsförsäkring AB and the certified Class in the above-referenced action. We write on behalf of all parties. During the July 24 status conference, Judge Clark inquired as to whether there was an opportunity for the parties to explore resolution of the case before the Court issues its summary judgment order on corporate scienter, and asked that we respond in writing to Your Honor. The parties did attempt to resolve the case through a mediation session in early June 2024, but that was unsuccessful. At this time, the parties, having conferred on the issue, do not believe that a pause in the Court's issuance of the summary judgment order would facilitate further discussions or lead to settlement. That said, we appreciate the Court's consideration and thank Your Honor for your efforts in this matter.

           Respectfully submitted,

           CARELLA, BYRNE, CECCHI,
           OLSTEIN, BRODY & AGNELLO

           *James E. Cecchi*

           JAMES E. CECCHI

cc: Counsel of Record