UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re CELGENE CORPORATION, INC. SECURITIES LITIGATION | Civil Action No. 18-4772 (MEF)(JBC) <br><br> **ORDER** |

The parties shall each file a letter brief focused solely on the issues raised in Part V.E.1.b of the Court's Opinion and Order of today.

Each letter brief shall be no more than 6 single-spaced pages, not including attachments. It shall include as attachments tightly-excerpted exhibits that substantiate with record evidence each factual assertion in the letter brief.

Each letter brief shall be filed on or before September 26. Responsive letter briefs, of no more than 3 single-spaced pages, not including attachments, shall be filed on or before October 7.

Two hard copies of each letter brief and set of attachments shall be hand-delivered to Chambers upon filing.

Chambers will be in touch to set oral argument for the week of October 7, and, if possible, the Court will expect to rule from the bench.

It is on this 4th day of September, 2024 **SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.