UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772-MEF-JBC<br><br>[PROPOSED] CONSENT ORDER ADMITTING JAMIE M. MCCALL, ESQ. *PRO HAC VICE* |

**THIS MATTER** having been brought before the Court by Lead Plaintiff and Class Representative AMF Pensionsförsäkring AB ("Lead Plaintiff"), seeking permission for the admission of Jamie M. McCall, *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and Defendants having no objection to this request, and for good cause shown:

IT IS on this 15th day of October, 2024 **ORDERED**:

**ORDERED** that Lead Plaintiff's application for an Order granting Jamie M. McCall admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Jamie M. McCall, of the firm Kessler, Topaz, Meltzer & Check, LLP is hereby granted admission pro hac vice for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Jamie M. McCall is hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law form of Carella, Byrne, Cecchi, Brody & Agnello, P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be responsible for them and for the conduct of the matter and of Jamie M. McCall; and

1

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), Jamie M. McCall shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which they continue to represent any Plaintiff before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Jamie M. McCall shall make payment of $250.00 each, or cause payment of $250.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

_____
Hon. James B. Clark, III, U.S.M.J.