**Kevin M. McDonough**
Direct Dial: +1.212.906.1246
kevin.mcdonough@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

December 4, 2024

**VIA ECF**

Honorable Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07012

   Re: *In re Celgene Corp. Sec. Litig.*, **Case No. 2:18-cv-04772-MEF-JBC**

Dear Judge Farbiarz:

   We write on behalf of Defendants to request a modest extension, from December 9 to December 11, 2024, to file Defendants' reply brief in support of their motion to bifurcate. Defendants seek the extension primarily to account for the fact that the parties are working to finalize an extensive joint pretrial order, which is also due to be filed on December 9. Defendants have not previously sought an extension of this deadline. Plaintiff does not oppose the request.

   We thank the Court for its attention to this matter.

                                                                            Respectfully submitted,

                                                                            */s/ Kevin M. McDonough*
                                                                            Kevin M. McDonough
                                                                            of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)