UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

December 19, 2024

**LETTER ORDER**

Re:   **In re Celgene Corporation, Inc. Securities Litigation**
      **Civil Action No. 18-4772 (MEF)**

Dear Counsel:

As discussed during the telephonic final pretrial conference held in this matter earlier today, the Court orders the following:

1. By no later than **January 31, 2025**, the parties shall engage in a meaningful meet and confer and attempt to substantially narrow the presentable list of pretrial motions, motions *in limine*, and if feasible, *Daubert* motions.

2. The schedule for the filing of the parties' pretrial motions is as follows:

    a. All pretrial motions, motions *in limine* and *Daubert* motions shall be filed by **March 31, 2025**.

    b. All Opposition to the foregoing motions shall be filed by **May 19, 2025**.

    c. Any and all Replies to the foregoing motions shall be filed by **June 20, 2025**.

**IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**