UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (MEF) (JBC)<br><br>CLASS ACTION |

**[PROPOSED] ORDER REGARDING PRETRIAL MOTIONS SCHEDULE**

WHEREAS, on December 19, 2024, the Court entered a schedule by which the parties were to brief their pretrial motions, motions *in limine*, and *Daubert* motions (Dkt. No. 362).

WHEREAS, on March 27, 2025, the parties jointly requested a one-week extension of time to file their opening briefs for their pretrial motions, motions *in limine*, and *Daubert* motions, from March 31, 2025 to April, 7, 2025, with no other changes to the briefing schedule.

NOW, THEREFORE, the schedule for the filing of the parties' pretrial motions is amended as follows:

- All pretrial motions, motions i*n limine* and *Daubert* motions shall be filed by April 7, 2025.
- All Opposition to the foregoing motions shall be filed by May 19, 2025.
- Any and all Replies to the foregoing motions shall be filed by June 20, 2025.

1

IT IS SO ORDERED.

JAMES B. CLARK, III
United States Magistrate Judge
Date: 3/31/2025