# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Civil Action No. 2:18-cv-04772-MEF-JBC<br><br>ORDER |

THIS MATTER having been opened to the Court by Carella Byrne Cecchi Olstein Brody & Agnello, P.C. ("Carella Byrne"), counsel for lead plaintiffs, and counsel for Defendants not objecting, and the Court having considered the moving papers, and good cause appearing:

IT IS THIS 7th day of April 2025,

ORDERED that Alexander M. Noble is hereby admitted *pro hac vice* on behalf of Plaintiffs for the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Carella Byrne, and that Carella Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that Alexander M. Noble shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he

1

continues to appear *pro hac vice* in this matter, and $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

*s/ James B. Clark, III*
Honorable James B. Clark, III, U.S.M.J.
United States Magistrate Judge

#869647