| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>James E. Cecchi<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br><br>**SEEGER WEISS LLP**<br>Christopher A. Seeger<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100<br>Facsimile: (973) 679-8656<br><br>*Co-Liaison Counsel for Lead Plaintiff and the Class* | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Matthew L. Mustokoff<br>Jamie M. McCall<br>Margaret E. Mazzeo<br>Nathan A. Hasiuk<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Lead Counsel for Lead Plaintiff and the Class*<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Robert F. Kravetz<br>Aasiya Mirza Glover<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1448<br><br>*Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (MEF) (JBC)<br><br>**NOTICE OF LEAD PLAINTIFF'S MOTION TO EXCLUDE SPECIFIC OPINIONS AND TESTIMONY OF DR. BRIAN REISETTER** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 7, 2025, the undersigned attorneys for Lead Plaintiff AMF Tjänstepension AB ("AMF" or "Plaintiff") will move before the United States District Court, District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order GRANTING Lead Plaintiff's Motion to Exclude Specific Opinions and Testimony of Dr. Brian Reisetter;

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law, and declaration of James E. Cecchi in support of this application, is filed herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated: April 7, 2025

Respectfully submitted,

/s/ *James E. Cecchi*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Matthew L. Mustokoff (admitted *pro hac vice*)
Jamie M. McCall (admitted *pro hac vice*)
Margaret E. Mazzeo
Nathan A. Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
mmustokoff@ktmc.com
jmccall@ktmc.com
mmazzeo@ktmc.com
nhasiuk@ktmc.com

*Lead Counsel for Lead Plaintiff and the Class*

| | |
|---|---|
| *Co-Liaison Counsel for Lead Plaintiff and the Class* | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Salvatore J. Graziano (admitted *pro hac vice*)<br>Adam H. Wierzbowski (admitted *pro hac vice*)<br>Robert F. Kravetz (admitted *pro hac vice*)<br>Aasiya F. Mirza Glover (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>salvatore@blbglaw.com<br>adam@blbglaw.com<br>robert.kravetz@blbglaw.com<br>aasiya.glover@blbglaw.com<br><br>*Additional Counsel for the Class* |