**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (MEF) (JBC)<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXCLUDE SPECIFIC OPINIONS AND TESTIMONY OF DR. BRIAN REISETTER** |

Upon consideration of Lead Plaintiff's Motion to Exclude Specific Opinions and Testimony of Dr. Brian Reisetter, and the memorandum of law submitted in support,

**IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's Motion is **GRANTED**; and

2. Defendants are precluded from introducing any evidence, argument, or testimony regarding the following opinions from Dr. Reisetter:

   a. that Defendant Curran "saw early signs of demand" and was "comfortable" with early signs of demand in connection with Otezla's performance; and

   b. what Curran intended to reference in her alleged misstatements to investors in April 2017 and July 2017.

**SO ORDERED**.

Dated: _____                    _____

                                              Honorable Michael E. Farbiarz
                                              UNITED STATES DISTRICT JUDGE