**GIBBONS P.C.**
Lawrence S. Lustberg
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Email: llustberg@gibbonslaw.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Celgene Corporation Securities Litigation. | Case No. 2:18-cv-04772 (MEF) (JBC)<br>Hon. Michael E. Farbiarz<br>CLASS ACTION |

**DECLARATION OF LAWRENCE S. LUSTBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE SPECIFIC OPINIONS AND TESTIMONY OF DR. PAUL GOMPERS**

I, LAWRENCE S. LUSTBERG, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Gibbons P.C., One Gateway Center, Newark, New Jersey, and counsel for Defendants Terrie Curran, Phillipe Martin, and Celgene Corporation ("Defendants"). I am admitted to the Bar of the State of New Jersey.

2. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Exclude Specific Opinions and Testimony of Dr. Paul Gompers.

3. I have personal knowledge of, or information bearing on, the facts set forth herein.

4. A true and correct copy of the expert report of Dr. David I. Tabak, dated May 11, 2022, is attached hereto as **Exhibit 1**.

5. A true and correct copy of excerpts of the transcript from the deposition of Dr. David I. Tabak, taken on November 9, 2022, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Newark, New Jersey on May 19, 2025.

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg