## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

_____

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

July 2, 2025

**SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III, U.S.M.J.**
Date: 7/2/2025

**VIA ECF**

Honorable James B. Clark, III, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** *In re Celgene Corp. Sec. Litig.*, **Case No. 2:18-cv-04772 (MEF) (JBC)**

Dear Judge Clark,

We write on behalf of Lead Plaintiff AMF Tjänstepension AB ("Plaintiff") to request a two-week extension, from July 7, 2025 to July 21, 2025 to file Plaintiff's motion to seal portions of the motion *in limine* papers filed by Plaintiff and Defendants Celgene Corporation, Terrie Curran, and Phillipe Martin ("Defendants"). The extension will allow Plaintiff to meet and confer with Defendants and other interested parties regarding the scope of information Plaintiff will seek to file under seal. Plaintiff has not previously sought an extension of this deadline. Defendants do not oppose the request. We thank the Court for its attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

cc:   All Counsel of Record (via ECF)

#878454