**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

September 25, 2025

**LETTER ORDER**

Re:   **In re Celgene Corporation, Inc. Securities Litigation**
      **Civil Action No. 18-4772 (MEF)**

Dear Counsel:

The Court is in receipt of letters from the parties regarding the Court's September 17, 2025 Order in a related case, *Schwab Capital Trust v. Celgene Corporation*, No. 20-cv-03754 ("*Schwab*") [*see Schwab* at Dkt. No. 110]. *See* Dkt. Nos. 476-77.[1] On September 17, 2025, the Court held a telephone status conference with the *Schwab* parties. During the conference, the Undersigned formally informed the *Schwab* parties that, in accordance with the District Judge, Hon. Michael E. Farbiarz's, preferences, the *Schwab* trial will be consolidated with the scheduled bifurcated trial in this matter.

To facilitate a consolidated trial, the Undersigned directed the parties to advise the Court via joint letter on how they believed a consolidated trial of *Schwab* and 18-4772 ought to proceed. Additionally, the Court directed the *Schwab* Defendants to provide the *Schwab* Plaintiffs with discovery from this matter, 18-4772. It was the Court's understanding that the parties common to each case agreed to the exchange of certain discovery from 18-4772. However, on September 18,

---

[1] The *Schwab* Defendants are also Defendants in this case, with the exception of Scott Smith who was terminated from this matter on November 18, 2024.

2025, Lead Plaintiffs in this case filed a letter requesting that the Court order Defendants to produce all withheld "deposition transcripts, exhibits, and expert reports from the *Schwab* action" for purposes of assessing the Court's "consolidation proposal." Dkt. No. 476 at p. 1. The next day, Defendants filed a letter seeking denial of Plaintiffs' request, asserting that Lead Plaintiffs request "does not appear to be genuine, but instead appears to be an attempt to gain access to discovery into Defendants' experts that will also be appearing in [*Schwab*]." Dkt. No. 477 at p. 2.

The Court has already made clear, and states again, that a consolidated trial of *Schwab* and this case will proceed in accordance with the District Judge's preferences. Accordingly, the Court orders the following:

1. Defendants shall provide Lead Plaintiffs with all additional transcripts, exhibits, and expert reports from *Schwab* [*see* Dkt. No. 476] by no later than **October 10, 2025**.

2. The parties from *Schwab* and 18-4772 shall meet and confer as soon as possible regarding their views on how the consolidated trial will proceed and shall advise the District Judge and the Undersigned regarding their views via joint letter by no later than **October 1, 2025**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**