**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Court-Appointed Co-Liaison Counsel for
Class Representative and the Class*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Andrew L. Zivitz
Jamie M. McCall
Margaret E. Mazzeo
Nathan A. Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Court-Appointed Class Counsel for
Class Representative and the Class*

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Adam H. Wierzbowski
Robert F. Kravetz
Aasiya Mirza Glover
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Additional Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CELGENE CORPORATION SECURITIES LITIGATION | Case No. 2:18-cv-04772 (MEF) (JBC) <br><br> **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Court-appointed Class Representative AMF Tjänstepension AB ("Plaintiff"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice of Settlement ("Preliminary Approval Order") that will, among other things: (i) preliminarily approve the proposed settlement of the above-captioned action; (ii) approve the form and manner of giving notice of the proposed settlement to Class Members; and (iii) schedule a hearing to consider final approval of the proposed settlement, approval of the proposed plan of allocation, and approval of Class Counsel's motion for an award of attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the undersigned intend to rely on the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that the Parties' Stipulation and Agreement of Settlement dated November 4, 2025 and its exhibits (collectively, the "Stipulation") and the Parties' agreed-upon proposed Preliminary Approval Order and its exhibits are attached.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation, Defendants agree to the entry of the proposed Preliminary Approval Order and will

- 1 -

not oppose this Motion. Plaintiff respectfully submits that the Motion is ripe for consideration by the Court.

Dated: November 4, 2025

Respectfully submitted,

s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

**SEEGER WEISS, LLP**
Christopher A. Seeger
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Court-Appointed Co-Liaison Counsel for Class Representative and the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Andrew L. Zivitz
Jamie M. McCall
Margaret E. Mazzeo
Nathan A. Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Court-Appointed Class Counsel for Class Representative and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Adam H. Wierzbowski
Robert F. Kravetz
Aasiya Mirza Glover
Alexander Noble
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Additional Counsel for the Class*